**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL TITUS**                                                                                   **PLAINTIFF**
**ADC #168523**

**V.**                                        **CASE NO. 4:24-cv-297 JM**

**MORTAL KOMBAT,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

 Plaintiff Michael Titus's complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3); LOCAL RULE 5.5(c)(2).

 IT IS SO ORDERED this 13th day of May, 2024.


_____
UNITED STATES DISTRICT JUDGE